RICHARD C. COFFIN (State Bar No. 70562; rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364; lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999, brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959; ssomach@somachlaw.com)
813 Sixth Street, Third Floor
Sacramento, CA 95814-2403
Telephone (916) 446-7979; Facsimile (916) 446-8199

Attorneys for Plaintiffs COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>                              Plaintiffs,<br><br>     v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>                              Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION AND ESTABLISH NEW DATES FOR THE JOINT STATUS REPORT AND DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT** |

STIP. AND PROP. ORDER TO STAY ACTION AND ESTAB.
NEW DATES; CASE NO. 2:09-CV-01814-MCE-EFB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, pursuant to this Court's Order of July 1, 2009, the Parties are required to file a Joint Status Report and Rule 26(b) Discovery Plan in above-captioned matter on or about September 4, 2009;

WHEREAS, pursuant to the Stipulation of August 5, 2009, the Defendants have until September 9, 2009, to file a response to the First Amended Complaint;

WHEREAS, the Parties are in settlement discussions and believe that a stay of the litigation until October 31, 2009 would be in the best interest of all Parties, would promote judicial efficiency, and would reduce litigation costs because it would allow the Parties to focus on such discussions;

WHEREAS, for these reasons, the Parties jointly seek this Court's Order to stay the litigation until October 31, 2009 and to establish new dates for the filing of the Joint Status Report and for response to the First Amended Complaint;

THEREFORE:

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

1. The action be stayed until October 31, 2009, including all obligations pursuant to Rule 26 and any obligation to respond to the First Amended Complaint.

2. Defendants shall have until November 30, 2009 to respond to the First Amended Complaint.

3. The Joint Status Report shall be due on November 30, 2009.


DATED:   August 27, 2009                BARG COFFIN LEWIS & TRAPP, LLP


                                        By: /s/Richard Coffin (authorized on 8/27/09)
                                            Richard C. Coffin
                                        Attorneys for Defendant
                                        THE BOEING COMPANY and MCDONNELL
                                        DOUGLAS CORPORATION

1
2  DATED:   August 27, 2009           COVINGTON & BURLING, LLP
3
4
5                                     By: /s/Lawrence Hobel (authorized on 8/27/09)
                                          Lawrence A. Hobel
6
7
                                      Attorneys for Defendant
8                                     AEROJET-GENERAL CORPORATION
9
10
11 DATED:   August 27, 2009           SOMACH, SIMMONS & DUNN
12
13
14                                    By: /s/Stuart L. Somach (authorized on 8/27/09)
                                          Stuart L. Somach
15
16
                                      Attorneys for Plaintiffs
17                                    COUNTY OF SACRAMENTO and
                                      SACRAMENTO COUNTY WATER
18                                    AGENCY
19       **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
20
21 DATED: September 8, 2009
22                                    _____
                                      MORRISON C. ENGLAND, JR
23                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28

STIP. AND ORDER TO STAY ACTION AND ESTAB. NEW          3
DATES; CASE NO. 2:09-CV-01814-MCE-EFB