SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>                  Plaintiffs,<br><br>    v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>                  Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION AND ORDER FOR FURTHER STAY OF ACTION<br><br>Date:    **No Hearing Requested**<br>Time:   N/A<br>Courtroom:  7 |

WHEREAS, pursuant to this Court's Stipulated Order of September 8, 2009, the Parties are required to file a Joint Status Report and Rule 26(b) Discovery Plan in above-captioned matter by November 30, 2009;

WHEREAS, pursuant to the Court's Stipulated Order of September 8, 2009, the Defendants have until November 30, 2009, to file a response to the First Amended Complaint;

WHEREAS, the Parties continue to engage in settlement discussions and believe that a further stay of the litigation until May 30, 2010 would be in the best interest of all Parties, would promote judicial efficiency, and would reduce litigation costs because it would allow the Parties to focus on such discussions;

WHEREAS, for these reasons, the Parties jointly seek this Court's Order to stay the litigation until May 30, 2009 and to establish new dates for the filing of the Joint Status Report and for Defendants' response to the First Amended Complaint;

THEREFORE:

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

1. The action be stayed until May 30, 2010, including all obligations pursuant to Rule 26 and any obligation to respond to the First Amended Complaint.

2. Defendants shall have until June 30, 2010 to respond to the First Amended Complaint.

3. The Joint Status Report shall be due on June 30, 2010.

DATED:  November 4, 2009            BARG COFFIN LEWIS & TRAPP, LLP

                                    By:   /s/Richard C. Coffin (authorized on 11/4/09)
                                          Richard C. Coffin
                                    Attorneys for Defendant
                                    THE BOEING COMPANY and
                                    MCDONNELL DOUGLAS CORPORATION

SOMACH SIMMONS & DUNN
A Professional Corporation

| | |
|---|---|
| DATED: November 4, 2009 | COVINGTON & BURLING LLP |
| | By: /s/Lawrence A. Hobel (authorized on 11/4/09) |
| | Lawrence A. Hobel |
| | Attorneys for Defendant |
| | AEROJET-GENERAL CORPORATION |
| DATED: November _____, 2009 | SOMACH, SIMMONS & DUNN |
| | By: /s/Stuart L. Somach (authorized on 11/4/09) |
| | Stuart L. Somach |
| | Attorneys for Plaintiffs |
| | COUNTY OF SACRAMENTO and SACRAMENTO COUNTY WATER AGENCY |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED:** November 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE