SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>Plaintiffs,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION FOR FURTHER STAY OF ACTION; ORDER<br><br>Date:      No Hearing Requested<br>Time:      N/A<br>Courtroom: 7 |

SOMACH SIMMONS & DUNN
A Professional Corporation

WHEREAS, under this Court's Stipulated Order of November 13, 2009, the Parties are required to file a Joint Status Report and Rule 26(b) Discovery Plan in the above-captioned matter by June 30, 2010;

WHEREAS, under the Court's Stipulated Order of November 13, 2009, Defendants have until June 30, 2010, to file a response to the First Amended Complaint;

WHEREAS, the Parties continue to engage in meaningful settlement discussions, and believe that a further stay of the litigation until November 30, 2010 is in the best interest of all Parties, will promote judicial efficiency, and will reduce litigation costs because it will allow the Parties to focus on such discussions;

WHEREAS, for these reasons, the Parties jointly seek this Court's Order to stay the litigation until November 30, 2010, and to establish new dates for the filing of the Joint Status Report and for Defendants' response to the First Amended Complaint;

THEREFORE:

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

1. Subject only to paragraph 4 below, the action be stayed until November 30, 2010, including all obligations pursuant to Rule 26, and any obligation to respond to the First Amended Complaint.

2. Subject only to paragraph 4 below, the Joint Status Report is due on December 28, 2010.

3. Subject only to paragraph 4 below, Defendants shall have until January 10, 2011, to respond to the First Amended Complaint.

4. If any party determines that the settlement discussions are not sufficiently productive, the party may file and serve a request that the stay be lifted, and the stay shall be lifted sixty (60) days after the Court issues an Order lifting the stay. If the stay is lifted prior to November 30, 2010, the Court will set the last day for Defendants to file their responsive pleadings, and the last day for the parties to file their Joint Status Report, for a day no less than thirty (30) days after the stay is lifted.

///

DATED:  May 21, 2010                                BARG COFFIN LEWIS & TRAPP, LLP

                                                              By:   /s/ Richard C. Coffin
                                                                         Richard C. Coffin
                                                                          Attorneys for Defendant
                                                                          THE BOEING COMPANY and
                                                                          MCDONNELL DOUGLAS CORPORATION

DATED: May 21, 2010                                 COVINGTON & BURLING LLP

                                                              By:   /s/ Lawrence A. Hobel
                                                                       Lawrence A. Hobel
                                                                     Attorneys for Defendant
                                                                     AEROJET-GENERAL CORPORATION

DATED: May 21, 2010                                 SOMACH, SIMMONS & DUNN

                                                              By:   /s/ Stuart L. Somach
                                                                       Stuart L. Somach
                                                                     Attorneys for Plaintiffs
                                                                     COUNTY OF SACRAMENTO and
                                                                     SACRAMENTO COUNTY WATER AGENCY

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:  May 26, 2010

                                                              MORRISON C. ENGLAND, JR
                                                              UNITED STATES DISTRICT JUDGE