SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>                     Plaintiffs,<br><br>       v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>                     Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION FOR FURTHER STAY OF ACTION; ORDER<br><br>Date:      No Hearing Requested<br>Time:      N/A<br>Courtroom: 7 |

STIP. FOR FURTHER STAY OF ACTION; ORDER
CASE No. 2:09-CV-01814-MCE-EFB                                                                    -1-

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, under this Court's Stipulated Order of May 27, 2010, this action is stayed until November 30, 2010, and the parties are required to file a Joint Status Report by December 28, 2010;

WHEREAS, under this Court's Stipulated Order of May 27, 2010, Defendants have until January 10, 2011, to file a response to the First Amended Complaint;

WHEREAS, the parties continue to engage in meaningful settlement discussions, and believe that a further stay of the litigation until May 30, 2011 is in the best interest of all parties, will promote judicial efficiency, and will reduce litigation costs because it will allow the parties to focus on such discussions;

WHEREAS, for these reasons, the parties jointly seek this Court's Order to stay the litigation until May 30, 2011, and to establish new dates for the filing of the Joint Status Report and for Defendants' response to the First Amended Complaint;

THEREFORE:

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

1. Subject only to paragraph 4 below, the action be stayed until May 30, 2011, including all obligations pursuant to Rule 26, and any obligation to respond to the First Amended Complaint.

2. Subject only to paragraph 4 below, the Joint Status Report is due on June 29, 2011.

3. Subject only to paragraph 4 below, Defendants shall have until July 11, 2011, to respond to the First Amended Complaint.

///
///
///
///
///
///
///

SOMACH SIMMONS & DUNN
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com

4. If any party determines that the settlement discussions are not sufficiently productive, the party may file and serve a request that the stay be lifted, and the stay shall be lifted sixty (60) days after the Court issues an Order lifting the stay. If the stay is lifted prior to May 30, 2011, the Court will set the last day for Defendants to file their responsive pleadings, and the last day for the parties to file their Joint Status Report, for a day no less than thirty (30) days after the stay is lifted.

DATED: November 9, 2010         BARG COFFIN LEWIS & TRAPP, LLP

By:   /s/ Richard C. Coffin
      Richard C. Coffin
      Attorneys for Defendant
      THE BOEING COMPANY and
      MCDONNELL DOUGLAS CORPORATION

DATED: November 9, 2010         COVINGTON & BURLING LLP

By:   /s/ Lawrence A. Hobel
      Lawrence A. Hobel
      Attorneys for Defendant
      AEROJET-GENERAL CORPORATION

DATED: November 9, 2010         SOMACH, SIMMONS & DUNN

By:   /s/ Stuart L. Somach
      Stuart L. Somach
      Attorneys for Plaintiffs
      COUNTY OF SACRAMENTO and
      SACRAMENTO COUNTY WATER AGENCY

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: November 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE