SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>        Plaintiffs,<br><br> v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>    Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION FOR FURTHER STAY OF ACTION; ORDER<br><br>Date:  No Hearing Requested<br>Time:  N/A<br>Courtroom: 7 |

1   WHEREAS, under this Court's Stipulated Order of May 27, 2010, this action was

2  stayed until November 30, 2010, and the parties were required to file a Joint Status Report by

3  December 28, 2010;

4   WHEREAS, under this Court's Stipulated Order of May 27, 2010, Defendants had

5  until January 10, 2011, to file a response to the First Amended Complaint;

6   WHEREAS, under this Court's Stipulated Order of November 16, 2010, the stay

7  was extended to May 30, 2011 and Defendants have until July 11, 2011, to file a response to the

8  First Amended Complaint;

9   WHEREAS, the parties continue to engage in meaningful settlement discussions,

10 and believe that a further stay of the litigation until August 31, 2011 is in the best interest of all

11 parties, will promote judicial efficiency, and will reduce litigation costs because it will allow the

12 parties to focus on such discussions;

13   WHEREAS, for these reasons, the parties jointly seek this Court's Order to stay

14 the litigation until August 31, 2011, and to establish new dates for the filing of the Joint Status

15 Report and for Defendants' response to the First Amended Complaint;

16   THEREFORE:

17   IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

18   1. Subject only to paragraph 4 below, the action be stayed until August 31, 2011,

19 including all obligations pursuant to Rule 26, and any obligation to respond to the First Amended

20 Complaint.

21   2. Subject only to paragraph 4 below, the Joint Status Report is due on

22 September 30, 2011.

23   3. Subject only to paragraph 4 below, Defendants shall have until October 14,

24 2011, to respond to the First Amended Complaint.

25 ///

26 ///

27 ///

28 ///

SOMACH SIMMONS & DUNN
A Professional Corporation

4. If any party determines that the settlement discussions are not sufficiently productive, the party may file and serve a request that the stay be lifted, and the stay shall be lifted sixty (60) days after the Court issues an Order lifting the stay. If the stay is lifted prior to August 31, 2011, the Court will set the last day for Defendants to file their responsive pleadings, and the last day for the parties to file their Joint Status Report, for a day no less than thirty (30) days after the stay is lifted.

DATED: May 26, 2011                BARG COFFIN LEWIS & TRAPP, LLP

                                   By:   /s/ Richard C. Coffin
                                         Richard C. Coffin
                                         Attorneys for Defendant
                                         THE BOEING COMPANY and
                                         MCDONNELL DOUGLAS CORPORATION

DATED: May 26, 2011                COVINGTON & BURLING LLP

                                   By:   /s/ Lawrence A. Hobel
                                         Lawrence A. Hobel
                                         Attorneys for Defendant
                                         AEROJET-GENERAL CORPORATION

DATED: May 26, 2011                SOMACH, SIMMONS & DUNN

                                   By:   /s/ Stuart L. Somach
                                         Stuart L. Somach
                                         Attorneys for Plaintiffs
                                         COUNTY OF SACRAMENTO and
                                         SACRAMENTO COUNTY WATER AGENCY

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Date: June 1, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE