SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO;<br>SACRAMENTO COUNTY WATER AGENCY,<br><br>        Plaintiffs,<br><br>  v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>    Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION FOR STAY OF ACTION; ORDER<br><br>Date:  No Hearing Requested<br>Time:  N/A<br>Courtroom: 7 |

1  WHEREAS, under this Court's Stipulated Order of May 27, 2010, this action was stayed until November 30, 2010, and Defendants had until January 10, 2011, to file a response to the First Amended Complaint;

WHEREAS, under this Court's Stipulated Order of November 16, 2010, the stay was extended to May 30, 2011, and Defendants had until July 11, 2011, to file a response to the First Amended Complaint;

WHEREAS, under this Court's Stipulated Order of June 1, 2011, the stay again was extended to August 31, 2011, and Defendants have until October 14, 2011, to file a response to the First Amended Complaint.

WHEREAS, the parties continue to engage in meaningful settlement discussions, and believe that a continued stay of the litigation until October 31, 2011 is in the best interest of all parties, will promote judicial efficiency, and will reduce litigation costs because it will allow the parties to focus on such discussions;

WHEREAS, for these reasons, the parties jointly seek this Court's Order staying the litigation until October 31, 2011, and to establish new dates for the filing of the Joint Status Report and for Defendants' response to the First Amended Complaint;

THEREFORE:

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

1. The action is stayed until October 31, 2011, including all obligations pursuant to Rule 26, and any obligation to respond to the First Amended Complaint.

2. The Joint Status Report is due on November 30, 2011.

3. Defendants have until December 16, 2011, to respond to the First Amended Complaint.

DATED:  August 24, 2011          BARG COFFIN LEWIS & TRAPP, LLP


                                 By:  /s/ Donald E. Sobelman
                                      Donald E. Sobelman
                                      Attorneys for Defendant
                                      THE BOEING COMPANY and
                                      MCDONNELL DOUGLAS CORPORATION

SOMACH SIMMONS & DUNN
A Professional Corporation

| | | |
|---|---|---|
| 1 | DATED: August 24, 2011 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By:   /s/ Lawrence A. Hobel |
| | | Lawrence A. Hobel |
| 4 | | Attorneys for Defendant |
| | | AEROJET-GENERAL CORPORATION |
| 5 | | |
| 6 | DATED: August 24, 2011 | SOMACH, SIMMONS & DUNN |
| 7 | | |
| 8 | | By:   /s/ Stuart L. Somach |
| | | Stuart L. Somach |
| 9 | | Attorneys for Plaintiffs |
| | | COUNTY OF SACRAMENTO and |
| | | SACRAMENTO COUNTY WATER AGENCY |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: August 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on August 24, 2011, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Dated:  August 24, 2011                    /s/ Michael E. Vergara
                                           Michael E. Vergara