SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO;<br>SACRAMENTO COUNTY WATER AGENCY,<br><br>                              Plaintiffs,<br><br>     v.<br><br>AEROJET-GENERAL CORPORATION; THE<br>BOEING COMPANY; McDONNELL<br>DOUGLAS CORPORATION<br><br>          Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION FOR STAY OF<br>ACTION; ORDER<br><br>Date:        No Hearing Requested<br>Time:        N/A<br>Courtroom:  7 |

SOMACH SIMMONS & DUNN
A Professional Corporation

1      WHEREAS, under this Court's Stipulated Orders of May 27, 2010, November 16,

2  2010, June 1, 2011 and August 29, 2011, this action was stayed until October 31, 2011, and

3  Defendants have until December 16, 2011, to file responsive pleadings;

4      WHEREAS, the parties have executed an agreement which settles this case, and

5  under the terms of the settlement Defendants have until December 31, 2011 to wire transfer the

6  settlement funds to Plaintiffs, and Plaintiffs shall file a dismissal with prejudice no later than

7  ten (10) days after receipt of the transferred funds;

8      WHEREAS, for these reasons, the parties jointly seek this Court's Order staying

9  the litigation until January 15, 2012 to effectuate the settlement, and to establish new dates for the

10  filing of the Joint Status Report and for Defendants' response to the First Amended Complaint if

11  the settlement is not implemented;

12      THEREFORE:

13      IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

14      1.  The action is stayed until January 15, 2012, including all obligations pursuant

15  to Rule 26, and any obligation to respond to the First Amended Complaint.

16      2.  The Joint Status Report is due on February 15, 2012 unless a dismissal is filed

17  before that date.

18      3. Defendants have until March 15, 2012, to respond to the First Amended

19  Complaint unless a dismissal is before that date.

20

21  DATED:  October 31, 2011      BARG COFFIN LEWIS & TRAPP, LLP

22      By:____/s/ Richard C. Coffin_____

23      Richard C. Coffin
        Attorneys for Defendant

24      THE BOEING COMPANY and
        MCDONNELL DOUGLAS CORPORATION
  DATED:  October 31, 2011      COVINGTON & BURLING LLP

25

26      By:____/s/ Lawrence A. Hobel_____

27      Lawrence A. Hobel
        Attorneys for Defendant
        AEROJET-GENERAL CORPORATION

28

SOMACH SIMMONS & DUNN
A Professional Corporation

1    DATED:  October 31, 2011              SOMACH, SIMMONS & DUNN

2

3                                          By:____/s/ Stuart L. Somach_____
                                              Stuart L. Somach
                                           Attorneys for Plaintiffs
4                                          COUNTY OF SACRAMENTO and
                                           SACRAMENTO COUNTY WATER AGENCY
5

6            **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

7    Dated:  November 2, 2011

8                                          _____

9                                          MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SOMACH SIMMONS & DUNN**
A Professional Corporation

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that a true and correct copy of the foregoing will be e-filed on

4   October 31, 2011, and will be automatically served upon counsel of record, all of whom appear

5   to be subscribed to receive notice from the ECF system.

6

7

Dated:  October 31, 2011                    _____/s/ Michael E. Vergara_____

8                                                          Michael E. Vergara

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SOMACH SIMMONS & DUNN**
**A Professional Corporation**