SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>      Plaintiffs,<br><br>  v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>      Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION FOR STAY OF ACTION; ORDER<br><br>Date:  No Hearing Requested<br>Time:  N/A<br>Courtroom: 7 |

STIPULATION FOR STAY OF ACTION; ORDER
CASE No. 2:09-CV-01814-MCE-EFB

-1-

913540.1

1  WHEREAS, under this Court's Stipulated Orders of May 27, 2010, November 16, 2010, June 1, 2011 and August 29, 2011, this action was stayed until October 31, 2011, and Defendants have until December 16, 2011, to file responsive pleadings;

WHEREAS, the parties have executed an agreement which settles this case, and under the terms of the settlement Defendants have until December 31, 2011 to wire transfer the settlement funds to Plaintiffs, and Plaintiffs shall file a dismissal with prejudice no later than ten (10) days after receipt of the transferred funds;

WHEREAS, for these reasons, the parties jointly seek this Court's Order staying the litigation until January 15, 2012 to effectuate the settlement, and to establish new dates for the filing of the Joint Status Report and for Defendants' response to the First Amended Complaint if the settlement is not implemented;

THEREFORE:

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants that

1. The action is stayed until January 15, 2012, including all obligations pursuant to Rule 26, and any obligation to respond to the First Amended Complaint.

2. The Joint Status Report is due on February 15, 2012 unless a dismissal is filed before that date.

3. Defendants have until March 15, 2012, to respond to the First Amended Complaint unless a dismissal is before that date.

DATED: October 31, 2011            BARG COFFIN LEWIS & TRAPP, LLP

                                   By:   /s/ Richard C. Coffin
                                         Richard C. Coffin
                                         Attorneys for Defendant
                                         THE BOEING COMPANY and
                                         MCDONNELL DOUGLAS CORPORATION

DATED: October 31, 2011            COVINGTON & BURLING LLP

                                   By:   /s/ Lawrence A. Hobel
                                         Lawrence A. Hobel
                                         Attorneys for Defendant
                                         AEROJET-GENERAL CORPORATION

SOMACH SIMMONS & DUNN
A Professional Corporation

| | | |
|---|---|---|
| 1 | DATED: October 31, 2011 | SOMACH, SIMMONS & DUNN |
| 2 | | |
| 3 | | By: /s/ Stuart L. Somach |
| | | Stuart L. Somach |
| 4 | | Attorneys for Plaintiffs |
| | | COUNTY OF SACRAMENTO and |
| 5 | | SACRAMENTO COUNTY WATER AGENCY |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on October 31, 2011, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Dated: October 31, 2011            /s/ Michael E. Vergara
                                   Michael E. Vergara