SOMACH, SIMMONS & DUNN
STUART L. SOMACH (State Bar No. 090959;
ssomach@somachlaw.com)
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone (916) 446-7979; Facsimile (916) 446-8199
Attorneys for Plaintiffs
COUNTY OF SACRAMENTO
and SACRAMENTO COUNTY WATER AGENCY

RICHARD C. COFFIN (State Bar No. 70562;
rcc@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone (415) 228-5400; Facsimile (415) 228-5450
Attorneys for Defendants
THE BOEING COMPANY and MCDONNELL
DOUGLAS CORPORATION

LAWRENCE A. HOBEL, (State Bar No. 73364;
lhobel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-53536
Telephone (415) 591-7028; Facsimile (415) 955-6528

BRIAN SWEENEY, (State Bar No. 195999,
brian.sweeney@aerojet.com)
AEROJET-GENERAL CORPORATION
P.O. Box 13222, Dept. 0106
Sacramento, California 95813-6000
Telephone (916) 351-8588; Facsimile (916) 351-8610
Attorneys for Defendants
AEROJET-GENERAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY WATER AGENCY,<br><br>Plaintiffs,<br><br>v.<br><br>AEROJET-GENERAL CORPORATION; THE BOEING COMPANY; McDONNELL DOUGLAS CORPORATION<br><br>Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION OF DISMISSAL; ORDER<br><br>Date:      No Hearing Requested<br>Time:      N/A<br>Courtroom: 7 |

WHEREAS, on or about October 26, 2011, the parties to this action executed a settlement agreement that fully resolves all the issues in the case;

WHEREAS, under section 3.5 of that settlement agreement, Plaintiff is required to dismiss this action with prejudice within ten (10) days of receipt of specified payments from Defendants;

WHEREAS, Plaintiff has received the required payments, and is now obligated to dismiss the action;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  December 5, 2011      BARG COFFIN LEWIS & TRAPP, LLP

By:   /s/ Richard C. Coffin
      Richard C. Coffin
      Attorneys for Defendant
THE BOEING COMPANY and
MCDONNELL DOUGLAS CORPORATION

DATED:  December 5, 2011      COVINGTON & BURLING LLP

By:   /s/ Lawrence A. Hobel
      Lawrence A. Hobel
Attorneys for Defendant
AEROJET-GENERAL CORPORATION

DATED:  December 5, 2011      SOMACH SIMMONS & DUNN

By:   /s/ Stuart L. Somach
      Stuart L. Somach
Attorneys for Plaintiffs

**GOOD CAUSE APPEARING, IT IS SO ORDERED.  The Clerk of the Court is directed to close this case.**

Dated:  December 8, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE