1  SOMACH, SIMMONS & DUNN
   STUART L. SOMACH (State Bar No. 090959;
2  ssomach@somachlaw.com)
   500 Capitol Mall, Suite 1000
3  Sacramento, CA  95814
   Telephone (916) 446-7979; Facsimile (916) 446-8199
4  Attorneys for Plaintiffs
   COUNTY OF SACRAMENTO
5  and SACRAMENTO COUNTY WATER AGENCY

6  RICHARD C. COFFIN (State Bar No. 70562;
   rcc@bcltlaw.com)
7  BARG COFFIN LEWIS & TRAPP, LLP
   350 California Street, 22nd Floor
8  San Francisco, California 94104-1435
   Telephone (415) 228-5400; Facsimile (415) 228-5450
9  Attorneys for Defendants
   THE BOEING COMPANY and MCDONNELL
10 DOUGLAS CORPORATION

11 LAWRENCE A. HOBEL, (State Bar No. 73364;
   lhobel@cov.com)
12 COVINGTON & BURLING LLP
   One Front Street
13 San Francisco, California 94111-53536
   Telephone (415) 591-7028; Facsimile (415) 955-6528
14
   BRIAN SWEENEY, (State Bar No. 195999,
15 brian.sweeney@aerojet.com)
   AEROJET-GENERAL CORPORATION
16 P.O. Box 13222, Dept. 0106
   Sacramento, California 95813-6000
17 Telephone (916) 351-8588; Facsimile (916) 351-8610
   Attorneys for Defendants
18 AEROJET-GENERAL CORPORATION

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  COUNTY OF SACRAMENTO;<br>SACRAMENTO COUNTY WATER AGENCY,<br>22<br>Plaintiffs,<br>23<br>v.<br>24<br>AEROJET-GENERAL CORPORATION; THE<br>25  BOEING COMPANY; McDONNELL<br>DOUGLAS CORPORATION<br>26<br>Defendants. | Case No. 2:09-CV-01814-MCE-EFB<br><br>STIPULATION OF DISMISSAL;<br>ORDER<br><br>Date:      No Hearing Requested<br>Time:      N/A<br>Courtroom: 7 |

27

28

STIPULATION OF DISMISSAL; ORDER
CASE No. 2:09-CV-01814-MCE-EFB                                            -1-
                                                                     913540.1

WHEREAS, on or about October 26, 2011, the parties to this action executed a settlement agreement that fully resolves all the issues in the case;

WHEREAS, under section 3.5 of that settlement agreement, Plaintiff is required to dismiss this action with prejudice within ten (10) days of receipt of specified payments from Defendants;

WHEREAS, Plaintiff has received the required payments, and is now obligated to dismiss the action;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: December 5, 2011    BARG COFFIN LEWIS & TRAPP, LLP

By:   /s/ Richard C. Coffin
      Richard C. Coffin
      Attorneys for Defendant
      THE BOEING COMPANY and
      MCDONNELL DOUGLAS CORPORATION

DATED: December 5, 2011    COVINGTON & BURLING LLP

By:   /s/ Lawrence A. Hobel
      Lawrence A. Hobel
      Attorneys for Defendant
      AEROJET-GENERAL CORPORATION

DATED: December 5, 2011    SOMACH SIMMONS & DUNN

By:   /s/ Stuart L. Somach
      Stuart L. Somach
      Attorneys for Plaintiffs

**GOOD CAUSE APPEARING, IT IS SO ORDERED.   The Clerk of the Court is directed to close this case.**

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE